IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 12-10721 TPA |
| | : | |
| DAVID ARTHUR ENSSLE, | : | |
|           Debtor. | : | HON. THOMAS P. AGRESTI |
| | : | |
| MIDFIRST BANK, | : | |
|           Movant, | : | CHAPTER 13 |
| | : | |
|         v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| DAVID ARTHUR ENSSLE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|           Respondents. | | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                            Respectfully submitted,

                            QUINN, BUSECK, LEEMHUIS, TOOHEY
                            & KROTO, INC.

By:    */s/Michael S. JanJanin*
          Michael S. Jan Janin, Esq.
          Pa. I.D. No. 38880
          2222 West Grandview Boulevard
          Erie, PA 16506-4508
          Phone:  (814) 833-2222, Ext. 1045
          Phone:  (814) 314-1051 (Direct)
          Fax:  (814) 833-6753
          Email:  mjanjanin@quinnfirm.com
          Attorneys for Debtor, David Arthur Enssle

#1010282

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 12-10721 TPA |
| | : | |
| DAVID ARTHUR ENSSLE, | : | |
| Debtor. | : | HON. THOMAS P. AGRESTI |
| | : | |
| MIDFIRST BANK, | : | |
| Movant, | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| DAVID ARTHUR ENSSLE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
| Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 9, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:    Electronic Notification                                                      .

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 9, 2016

By:    /s/Michael S. JanJanin
Signature

Michael S. Jan Janin, Esq.
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508
Address

(814) 833-2222 ext. 1045
Phone No.

PA ID #38880
List Bar I.D. and State of Admission

#1010282