**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/5/17 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAVID ARTHUR ENSSLE

           Debtor(s)
  Ronda J. Winnecour, Trustee
           Movant
           vs.
  DAVID ARTHUR ENSSLE

           Respondents

Case No. 12-10721TPA

Chapter 13

Document No. 74

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 5th day of May, 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cuyahoga Vending Company Inc
Attn: Payroll Manager
14250 South Industrial Ave Ste 104
Maple Heights, OH 44137

is hereby ordered to immediately terminate the attachment of the wages of DAVID ARTHUR ENSSLE, social security number XXX-XX-9717. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID ARTHUR ENSSLE.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                            Case No. 12-10721-TPA
David Arthur Enssle                                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin               Page 1 of 1              Date Rcvd: May 05, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db             +David Arthur Enssle,   13104 Ridge Road,   West Springfield, PA 16443-9734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor David Arthur Enssle mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5