**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DAVID ARTHUR ENSSLE |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 12-10721TPA |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** MIDFIRST BANK SSB*

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 5 3 2 3

**Property Address:** 13104 RIDGE RD
WEST SPRINGFIELD PA 16443

### Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 15,506.10 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 15,506.10 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 15,506.10 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $813.96

The next postpetition payment is due on  6 / 1 / 2017
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DAVID ARTHUR ENSSLE** | Case number *(if known)* | **12-10721TPA** |
|---|---|---|---|
| | Name | | |

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour
Signature

Date 07/14/2017

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | DAVID ARTHUR ENSSLE | Case number *(if known)* | 12-10721TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 04/24/2013 | 0840598 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 188.69 |
| 05/23/2013 | 0844783 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 226.56 |
| 06/25/2013 | 0848855 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 988.13 |
| 07/25/2013 | 0853058 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,167.57 |
| 09/26/2013 | 0861397 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 70.52 |
| 10/25/2013 | 0865502 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 11/22/2013 | 0869578 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 12/23/2013 | 0873603 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 966.12 |
| 01/28/2014 | 0877641 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 02/25/2014 | 0881798 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 03/25/2014 | 0885826 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 04/25/2014 | 0889891 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 385.95 |
| 06/25/2014 | 0898075 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 341.49 |
| 07/24/2014 | 0902194 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 342.92 |
| 08/26/2014 | 0906273 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 632.12 |
| 09/29/2014 | 0910326 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 632.12 |
| 10/29/2014 | 0914482 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 342.74 |
| 11/24/2014 | 0918557 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 345.76 |
| 12/22/2014 | 0923183 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 56.56 |
| 01/27/2015 | 0927133 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 924.16 |
| 02/24/2015 | 0931305 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 345.76 |
| 03/26/2015 | 0935322 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 634.96 |
| 04/24/2015 | 0939463 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 345.76 |
| 06/23/2015 | 0947665 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 408.62 |
| 07/28/2015 | 0951623 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 645.46 |
| 09/28/2015 | 0959696 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 669.92 |
| 10/26/2015 | 0963577 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 627.46 |
| 12/22/2015 | 0971800 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 355.66 |
| 01/26/2016 | 0975791 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,054.76 |
| 02/24/2016 | 0979784 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 345.23 |
| 03/28/2016 | 0985184 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 531.35 |
| | | | | 15,506.10 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 08/30/2012 | 0807699 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 1,779.40 |
| 09/25/2012 | 0811882 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 890.42 |
| 10/29/2012 | 0815804 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 885.03 |
| 11/27/2012 | 0819946 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 884.50 |
| 12/21/2012 | 0823989 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 884.16 |
| 01/29/2013 | 0828121 | CITIMORTGAGE* | AMOUNTS DISBURSED TO CREDITOR | 1,265.27 |
| 02/25/2013 | 0832384 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 925.21 |
| 03/26/2013 | 0836526 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 925.15 |
| 04/24/2013 | 0840598 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 775.63 |
| 05/23/2013 | 0844783 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 763.22 |
| 06/25/2013 | 0848855 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 763.22 |
| 08/27/2013 | 0857233 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,167.57 |
| 09/26/2013 | 0861397 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,097.05 |
| 10/25/2013 | 0865502 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 11/22/2013 | 0869578 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 12/23/2013 | 0873603 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 01/28/2014 | 0877641 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 02/25/2014 | 0881798 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 03/25/2014 | 0885826 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 04/25/2014 | 0889891 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 774.40 |
| 05/28/2014 | 0894036 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 772.97 |
| 06/25/2014 | 0898075 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 815.31 |
| 07/24/2014 | 0902194 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 813.88 |
| 08/26/2014 | 0906273 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 813.88 |
| 09/29/2014 | 0910326 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 813.88 |
| 10/29/2014 | 0914482 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 813.88 |
| 11/24/2014 | 0918557 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 12/22/2014 | 0923183 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 01/27/2015 | 0927133 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |

| Debtor 1 | **DAVID ARTHUR ENSSLE** | Case number *(if known)* | **12-10721TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 02/24/2015 | 0931305 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 03/26/2015 | 0935322 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 04/24/2015 | 0939463 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 05/26/2015 | 0943632 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 578.40 |
| 06/23/2015 | 0947665 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,043.68 |
| 07/28/2015 | 0951623 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 08/26/2015 | 0955728 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 573.00 |
| 09/28/2015 | 0959696 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,049.08 |
| 10/26/2015 | 0963577 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 811.04 |
| 11/24/2015 | 0967694 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 287.70 |
| 12/22/2015 | 0971800 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,323.44 |
| 01/26/2016 | 0975791 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 02/24/2016 | 0979784 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 03/28/2016 | 0985184 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 04/22/2016 | 0989379 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 05/24/2016 | 0993336 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 06/27/2016 | 1002098 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 07/26/2016 | 1006060 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 08/26/2016 | 1010064 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 09/27/2016 | 1014073 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 10/26/2016 | 1017959 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 11/21/2016 | 1021254 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 12/21/2016 | 1024566 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 01/27/2017 | 1028041 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 02/24/2017 | 1031457 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 03/28/2017 | 1034887 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 805.57 |
| 04/21/2017 | 1038175 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 847.52 |
| | | | | 47,545.12 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID ARTHUR ENSSLE
13104 RIDGE ROAD
WEST SPRINGFIELD, PA  16443

MICHAEL S JAN JANIN ESQ
QUINN BUSECK LEEMHUIS ET AL
2222 W GRANDVIEW
ERIE, PA  16506-4508

MIDFIRST BANK SSB*
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK  73118

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


7/14/17                                                          /s/ Renee Ward
                                                                 Administrative Assistant
                                                                 Office of the Chapter 13 Trustee