Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Arthur Enssle** : | Case No. 12–10721–TPA | |
| *Debtor(s)* : | Chapter: 13 | |
| : | | |
| **RONDA J. WINNECOUR, Trustee,** : | | |
| *Movant(s),* : | | |
| : | | |
| v. : | Related to Document No. 78 | |
| **No Respondents** : | | |
| *Respondent(s).* : | Hearing Date: 10/11/17 at 12:00 PM | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this **28th day of July, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 78 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before September 11, 2017**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **October 11, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 12-10721-TPA
David Arthur Enssle                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: lmar                Page 1 of 2          Date Rcvd: Jul 28, 2017
                              Form ID: 300a             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db            +David Arthur Enssle,    13104 Ridge Road,    West Springfield, PA 16443-9734
cr            +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13446933       CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
13381015      +Citimortgage, Inc.,    P.O. Box 9445,   Gaithersburg, MD 20898-9445
13397381      +Commonwealth of Pennsylvania,    Department of Revenue,    333 Walnut Street,
               Harrisburg, PA 17128-2005
13397382       Liberty Mortgage Corp.,    3813 Liberty St.,    Erie, PA 16509
13397383      +Lucille Welmer,    13104 Ridge Road,   West Springfield, PA 16443-9734
14196490      +MidFirst Bank,    Attn: Bankruptcy Department,    999 NW Grand Blvd., Ste. 100,
               Oklahoma City, OK 73118-6051
13397384      +Phelan, Halinan and Schmeig,    1617 JFK blvd., Ste 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13397385      +Principal Residential Mtg Co.,    711 High Street,    Des Moines, IA 50392-0001
13397386      +Sears CBSD,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13397387       Sherry L. Pierson,    13140 Ridge Road,    West Springfield, PA 16443
13455880       VERIZON WIRELESS,    PO BOX 3397,   BLOOMINGTON, IL 61702-3397
13397389      +Verizon Inc.,    Bankruptcy Administration,    P.o. Box 3037,   Bloomington, IL 61702-3037
13575720       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2017 01:14:02
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
13397379      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2017 01:07:46     Care Credit,    P.O. Box 981439,
               El Paso, TX 79998-1439
13416120       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2017 01:07:56     GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13421005       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 29 2017 01:10:56     Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13620531       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2017 01:13:45     Midland Funding LLC,
               by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
13381016      +E-mail/Text: nod.referrals@fedphe.com Jul 29 2017 01:10:18     Phelan, Halinan and Schmeig,
               One Penn Center, Suite 1400,    1617 John F. Kennedy Blvd.,   Philadelphia, PA 19103-1821
13381017      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 29 2017 01:10:42     U. S. Trustee's Office,
               1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIMORTGAGE INC
cr*            CitiMortgage, Inc.,    P.O. Box 6030,   Sioux Falls, SD 57117-6030
13397380*     +Citimortgage, Inc.,    P.O. Box 9445,   Gaithersburg, MD 20898-9445
13397388*     +U. S. Trustee's Office,    1001 Liberty Ave.,   Liberty Center,   Suite 970,
               Pittsburgh, PA 15222-3721
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: lmar                    Page 2 of 2                   Date Rcvd: Jul 28, 2017
                               Form ID: 300a                 Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Jan Janin    on behalf of Debtor David Arthur Enssle mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                         TOTAL: 5