**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID ARTHUR ENSSLE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-10721 TPA

Chapter 13

Document No.:    78

## ORDER OF COURT

AND NOW, this ___20th___ day of ___September___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). ~~The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code~~.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                         Case No. 12-10721-TPA
David Arthur Enssle                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1        User: mgut             Page 1 of 2         Date Rcvd: Sep 20, 2017
                            Form ID: pdf900        Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db           +David Arthur Enssle,   13104 Ridge Road,    West Springfield, PA 16443-9734
cr           +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13446933      CitiMortgage, Inc.,   PO Box 6030,    Sioux Falls, SD 57117-6030
13381015     +Citimortgage, Inc.,   P.O. Box 9445,    Gaithersburg, MD 20898-9445
13397381     +Commonwealth of Pennsylvania,    Department of Revenue,   333 Walnut Street,
               Harrisburg, PA 17128-2005
13397382      Liberty Mortgage Corp.,   3813 Liberty St.,    Erie, PA 16509
13397383     +Lucille Welmer,   13104 Ridge Road,    West Springfield, PA 16443-9734
14196490     +MidFirst Bank,   Attn: Bankruptcy Department,    999 NW Grand Blvd., Ste. 100,
               Oklahoma City, OK 73118-6051
13381016     +Phelan, Halinan and Schmeig,    One Penn Center, Suite 1400,   1617 John F. Kennedy Blvd.,
               Philadelphia, PA 19103-1821
13397384     +Phelan, Halinan and Schmeig,    1617 JFK blvd., Ste 1400,   One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13397385     +Principal Residential Mtg Co.,    711 High Street,   Des Moines, IA 50392-0001
13397386     +Sears CBSD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13397387      Sherry L. Pierson,   13140 Ridge Road,    West Springfield, PA 16443
13455880      VERIZON WIRELESS,    PO BOX 3397,   BLOOMINGTON, IL 61702-3397
13397389     +Verizon Inc.,   Bankruptcy Administration,    P.o. Box 3037,  Bloomington, IL 61702-3037
13575720      eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2017 01:37:21
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
13397379     +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 01:28:34     Care Credit,   P.O. Box 981439,
               El Paso, TX 79998-1439
13416120      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 01:28:34     GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13421005      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2017 01:31:40     Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
13620531      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2017 01:37:31     Midland Funding LLC,
               by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
13381017     +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 21 2017 01:31:26     U. S. Trustee's Office,
               1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE INC
cr*             CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD  57117-6030
13397380*      +Citimortgage, Inc.,   P.O. Box 9445,   Gaithersburg, MD 20898-9445
13397388*      +U. S. Trustee's Office,   1001 Liberty Ave.,   Liberty Center,   Suite 970,
                 Pittsburgh, PA 15222-3721
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
```

```
District/off: 0315-1          User: mgut                 Page 2 of 2              Date Rcvd: Sep 20, 2017
                              Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Jan Janin    on behalf of Debtor David Arthur Enssle mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                              TOTAL: 5