FILED
10/10/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

(N)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

David Arthur Enssle

Debtor (s)

: Case No. 12-10721TPA
:
:
:
: Chapter 13
:

## ORDER

AND NOW, this **10th** day of **October, 2017,** It is hereby **ORDERED, ADJUDGED and DECREED** that the final decree is hereby **VACATED.**

Thomas P. Agresti    ljm
U. S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 12-10721-TPA
David Arthur Enssle                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: bsil              Page 1 of 2             Date Rcvd: Oct 10, 2017
                             Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
```
db          +David Arthur Enssle,   13104 Ridge Road,   West Springfield, PA 16443-9734
cr          +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
13446933     CitiMortgage, Inc.,   PO Box 6030,   Sioux Falls, SD 57117-6030
13381015    +Citimortgage, Inc.,   P.O. Box 9445,   Gaithersburg, MD 20898-9445
13397381    +Commonwealth of Pennsylvania,   Department of Revenue,   333 Walnut Street,
              Harrisburg, PA 17128-2005
13397382     Liberty Mortgage Corp.,   3813 Liberty St.,   Erie, PA  16509
13397383    +Lucille Welmer,   13104 Ridge Road,   West Springfield, PA 16443-9734
14196490    +MidFirst Bank,   Attn: Bankruptcy Department,   999 NW Grand Blvd., Ste. 100,
              Oklahoma City, OK 73118-6051
13397384    +Phelan, Halinan and Schmeig,   1617 JFK blvd., Ste 1400,   One Penn Center Plaza,
              Philadelphia, PA 19103-1823
13397385    +Principal Residential Mtg Co.,   711 High Street,   Des Moines, IA 50392-0001
13397386    +Sears CBSD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13397387     Sherry L. Pierson,   13140 Ridge Road,   West Springfield, PA  16443
13455880     VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
13397389    +Verizon Inc.,   Bankruptcy Administration,   P.o. Box 3037,   Bloomington, IL 61702-3037
13575720     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2017 01:41:54
              Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
13397379    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 01:42:18     Care Credit,   P.O. Box 981439,
              El Paso, TX 79998-1439
13416120     E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 01:41:45     GE Capital Retail Bank,
              Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13421005     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2017 01:40:42     Jefferson Capital Systems LLC,
              PO BOX 7999,   SAINT CLOUD MN 56302-9617
13620531     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2017 01:41:54     Midland Funding LLC,
              by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
13381016    +E-mail/Text: nod.referrals@fedphe.com Oct 11 2017 01:39:53     Phelan, Halinan and Schmeig,
              One Penn Center, Suite 1400,   1617 John F. Kennedy Blvd.,   Philadelphia, PA 19103-1821
13381017    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 11 2017 01:40:25     U. S. Trustee's Office,
              1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CITIMORTGAGE INC
cr*          CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD  57117-6030
13397380*   +Citimortgage, Inc.,   P.O. Box 9445,   Gaithersburg, MD 20898-9445
13397388*   +U. S. Trustee's Office,   1001 Liberty Ave.,   Liberty Center,   Suite 970,
              Pittsburgh, PA 15222-3721
                                                                                  TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: bsil                  Page 2 of 2                   Date Rcvd: Oct 10, 2017
                               Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Jan Janin    on behalf of Debtor David Arthur Enssle mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                         TOTAL: 5